| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

| | |
|---|---|
| In the Matter of the Appointment of a Trustee for the Heirs and Next of Kin of Riley Randall Weinkauf | File No: _____ |

## ORDER FOR APPOINTMENT OF TRUSTEE

Based upon the Petition filed herein and the waiver of appearance filed by the potential trustee,

IT IS HEREBY ORDERED that Randall Scott Weinkauf is hereby appointed Trustee for the Heirs and Next of Kin of Riley Randall Weinkauf, to serve without bond and to commence and prosecute or settle any action or actions arising from the death of Riley Weinkauf that occurred on October 27, 2017.

BY THE COURT:

Dated: 2/5/18

_____
Judge of District Court

EXHIBIT A